woods, and such a finding should seem to resist an attack made on the score of plain wrong. But that would not affect this situation.

The underlying issue being decided, in conformity to legal rules, the amount of damages was fixed appropriately enough. Motion overruled. *Nathaniel Tompkins*, for plaintiff. *George E. Thompson*, for defendant.

---

## THEODORE MARATTA'S CASE.

Washington County. Decided December 21, 1923. The record in the above case and the accompanying motion present so many irregularities that the Law Court deem it for the best interest of all parties to dismiss the appeal without prejudice, annul the finding of the Commission, and order a hearing on the petition de novo. Appeal dismissed without prejudice. *Pattangall, Locke & Perkins*, for petitioner. *Curran & Curran*, for respondents.

---

## FRED O. HERRICK

### vs.

## ELDRIDGE BROTHERS AND UNITED STATES FIDELITY & GUARANTY CO.

Penobscot County. Decided January 24, 1924. This is a Workman's Compensation case in which compensation was awarded. From the decree so awarding, an appeal was taken by the insurance carrier. The record clearly shows that the accident was such in its nature, and in the place and time of its occurrence, that the petitioner is not entitled to the benefits arising under the provisions of the Workmen's Compensation Act. The finding of the Chairman of the Industrial Accident Commission is error. Appeal sustained. *W. B. Peirce*, for petitioner. *Merrill & Merrill*, for respondents.